# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMARRIE RIVERS,<br><br>        Plaintiff,<br><br>    v.<br><br>DONECIA WRIGHT, et al.,<br><br>        Defendants. | 1:19-cv-00916-DAD-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Shermarrie Rivers, proceeding *pro se*, filed this civil action on July 3, 2019, along with an application to proceed *in forma pauperis*. (Doc. Nos. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* is not complete. Plaintiff's application indicates that she has received income in the past twelve (12) months from "other sources," but does not specify the amount received and what she expects she will continue to receive. (Doc. No. 2 at 1-2.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **July 16, 2019**                    /s/ *Barbara A. McAuliffe*
                                                                                      UNITED STATES MAGISTRATE JUDGE