UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMARRIE RIVERS, | No. 1:19-cv-00916-DAD-BAM |
| Plaintiff, | **ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION** |
| v. | |
| DONECIA WRIGT, et al., | **ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN THIRTY DAYS** |
| Defendants. | |
| | (Doc. Nos. 7, 8) |
| | **THIRTY-DAY DEADLINE** |

Plaintiff Shermarrie Rivers, proceeding pro se and in forma pauperis, initiated this civil action on July 3, 2019. (Doc. No. 1.) On October 8, 2019, the Court screened Plaintiff's complaint and granted her leave to amend within thirty days. (Doc. No. 7.) On November 21, 2019, after Plaintiff failed to file a timely amended complaint or otherwise respond to the Court's order, the Court issued findings and recommendations to dismiss this action with prejudice based on Plaintiff's failure to state a claim, failure to obey a court order and failure to prosecute this action. (Doc. No. 8.) The findings and recommendations were served on plaintiff with instructions that any objections thereto must be filed within (14) fourteen days after service of the order. The findings and recommendations were returned by the United States Postal Service as undeliverable. However, Plaintiff filed a notice of change of address on January 13, 2020, and

1

the findings and recommendations were re-served on Plaintiff by mail. (Doc. No. 9.) Thereafter, Plaintiff has filed a series of documents, which appear, at least in part, to be objections to the findings and recommendations and assertions regarding the merits of her action. (Doc. Nos. 10, 12, 13.) The Court construes these documents as a statement of Plaintiff's intention to prosecute this case and her desire to file an amended complaint. Accordingly, it is HEREBY ORDERED as follows:

1. The findings and recommendations issued on November 21, 2019, are VACATED;
2. The Clerk's Office shall send Plaintiff a complaint form;
3. Within **thirty (30) days** following service of this order, Plaintiff shall file an amended complaint in compliance with the Court's October 8, 2019 screening order;
4. Plaintiff is cautioned that she must adequately allege claims over which this Court has subject matter jurisdiction; and
5. If Plaintiff fails to file an amended complaint in compliance with this order and the Court's prior screening order, then the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim.

IT IS SO ORDERED.

Dated: **February 10, 2020**       /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE